

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-22-00215-CR

Lee E. **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-6535
Honorable Velia J. Meza, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 1, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.

_____
Michael A. Cruz, Clerk of Court